MATTHEW J. KLUGER
ATTORNEY AT LAW

---

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

September 3, 2020

By ECF
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        **Re: United States v. Temitope Omotayo**
        **19 Cr. 291 (LAP)**

Dear Judge Preska,

    I hope this letter finds the Court well. I represent Mr. Omotayo in the above-referenced matter. Bail in this matter was set on April 25, 2019 (Pitman, MJ). As a condition of his bail, Mr. Omotayo's travel was restricted to the Southern, Eastern, and Northern Districts of New York. Unfortunately, a member of the defendant's family recently passed away. Accordingly, Mr. Omotayo seeks the Court's permission to travel to Indianapolis from September 8, 2020 to September 17, 2020 to attend the funeral and spend time with close family. Of course, assuming that the Court grants this request, Mr. Omotayo will provide Pretrial Services with contact information and a detailed itinerary of his travel plans.

    AUSA Daniel Wolf and Pretrial Services Officer Courtney DeFeo take no position with respect to this request.

    Thank you for the Court's consideration.

                        Respectfully Submitted,

                        /s/ *Matthew J. Kluger*
                        Matthew J. Kluger, Esq.

cc:    AUSA Daniel Wolf
       Pretrial Services Officer Courtney DeFeo

Mr. Omotayo's travel request is approved.
SO ORDERED.
Dated: Sept. 4, 2020

_____
LORETTA A. PRESKA, U.S.D.J.