MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

December 14, 2020

By ECF
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Temitope Omotayo**
**19 Cr. 291 (LAP)**

Dear Judge Preska,

      I hope this letter finds the Court well. I represent Mr. Omotayo in the above-referenced matter. Bail in this matter was set on April 25, 2019 (Pitman, MJ). As a condition of his bail, Mr. Omotayo's travel was restricted to the Southern, Eastern, and Northern Districts of New York. The defense writes now seeking a temporary modification of the travel conditions.

      Mr. Omotoyo respectfully seeks permission to travel from December 17, 2020 to January 4, 2021 for holiday vacation and to attend a family function. During this period, he will be staying at his cousin's home located at 9049 Cardinal Flower Court, Indianapolis, Indiana and his brother's home located at 1809 Vernon Street, Apt 209, Joliet, Illinois (the names of Mr. Omotayo's cousin and brother have been provided to the government).

      Mr. Omotayo has been informed that he must remain in compliance with all state COVID-19 requirements both during his trip and upon his return. AUSA Daniel Wolf and Pretrial Services Officer Courtney DeFeo take *no position* with respect to this request.

      Thank you for the Court's consideration.

```
The request to modify the conditions of
pretrial release to permit the travel
referenced above is approved.
SO ORDERED.

Dated:     December 15, 2020
           New York, New York
```

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

*[signature]*
LORETTA A. PRESKA, U.S.D.J.

cc: AUSA Daniel Wolf
    Pretrial Services Officer Courtney DeFeo