MATTHEW J. KLUGER
ATTORNEY AT LAW

---

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

May 23, 2021

```
The request to modify the
conditions of pretrial
release to permit the travel
referenced below is GRANTED.

SO ORDERED.

Dated:    May 24, 2021
          New York, New York
```

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

By ECF
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Temitope Omotayo**
**19 Cr. 291 (LAP)**

Dear Judge Preska,

    I hope this letter finds the Court well. Bail in this matter was set on April 25, 2019 (Pitman, MJ). As a condition of his bail, Mr. Omotayo's travel was restricted to the Southern, Eastern, and Northern Districts of New York. The defense writes now seeking a temporary modification of the travel conditions.

    Mr. Omotoyo respectfully seeks permission to travel to Indiana to visit with close family and attend a family function. He hopes to leave on Wednesday, May 26, 2021 and return on Tuesday, June 1, 2021. During this period, he will be staying at his cousin's home located at 9049 Cardinal Flower Court, Indianapolis, Indiana.[1]

    AUSA Daniel Wolf and Pretrial Services Officer Courtney DeFeo take *no position* with respect to this request.

    Thank you for the Court's consideration.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

---

1 The defense notes that Mr. Omotoyo made a similar request at this time last year and traveled to and from Indianapolis without incident.

cc:     AUSA Daniel Wolf
        Pretrial Services Officer Courtney DeFeo