MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

August 8, 2021

By Email & ECF
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
The request to modify the
conditions of pretrial release
to permit the travel referenced
below is GRANTED.

SO ORDERED.

Dated:    August 9, 2021
          New York, New York


LORETTA A. PRESKA, U.S.D.J.
```

**Re: United States v. Temitope Omotayo**
**19 Cr. 291 (LAP)**

Dear Judge Preska,

      Bail in this matter was set on April 25, 2019 (Pitman, MJ). As a condition of his bail, Mr. Omotayo's travel was restricted to the Southern, Eastern, and Northern Districts of New York. The defense writes now seeking an emergency modification of the travel conditions.

      Unfortunately, a close relative of Mr. Omotayo's has passed away. The funeral is this coming Tuesday. Accordingly, Mr. Omotayo respectfully seeks permission to travel to Indiana forthwith and return on Thursday, August 12, 2021. He will be staying at his cousin's home located at 9049 Cardinal Flower Court, Indianapolis, Indiana.[1]

      AUSA Daniel Wolf and Pretrial Services Officer Courtney DeFeo consent to this request.

      Thank you for the Court's consideration.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:    AUSA Daniel Wolf
        Pretrial Services Officer Courtney DeFeo

---

[1] The defense notes that the Court has permitted Mr. Omotoyo to stay at this address before without incident.