MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

August 13, 2021

By ECF
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Temitope Omotayo**
**19 Cr. 291 (LAP)**

Dear Judge Preska,

    By order dated August 13, 2021, the Court scheduled a pre-trial status conference in this matter for August 20, 2021 at 10:30 a.m. Defense counsel has plans to take his son to school in New Haven, CT on the 20th. Accordingly, I write now to respectfully request that I be able to attend the hearing virtually by telephone. Similarly, since I would not be present in person, I respectfully request that Mr. Omotayo's in-person appearance be waived as well.

    Thank you for the Court's understanding.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:    AUSA Daniel Wolf

```
Counsel's request to waive Defendant's
appearance is granted. Counsel may appear
by telephone for the conference using the
following teleconference information:
877-402-9753, Code: 6545179. SO ORDERED.
```

*Loretta A. Preska* 08/16/2021