UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Plaintiff

   -against-

OLUWASEUN ADELEKAN et al.,

           Defendants.

19 Cr. 291 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Omotayo's motion in limine (dkt. no. 357) to preclude the Government from introducing evidence of Mr. Omotayo's sister's alleged involvement in the alleged conspiracy or other similar frauds.

    The Government shall provide any response to the motion by Friday, October 15, 2021 at 5:00 p.m.

**SO ORDERED.**

Dated:    October 14, 2021
           New York, New York

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge