MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

April 11, 2022

By ECF
The Honorable Loretta A. Preska
Senior U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Temitope Omotayo**
**19 Cr. 291 (LAP)**

Dear Judge Preska,

Sentencing in this matter is scheduled for April 27, 2022 at 10:00 a.m. The Court's individual rules of practice require that the defense file its sentencing submission "two weeks in advance of the date set for sentence," which in this case would be Wednesday, April 13, 2022. Defense counsel is just coming off trial in a Bronx homicide case and has another sentencing submission due tomorrow. Accordingly, anticipating that I will need a bit more time, I write now, to respectfully ask that the Court allow the defense until Friday, April 15, 2022, to complete and file its sentencing submission.

The Government, through AUSA Rebecca Dell, does not object to this request. Naturally, given this request, the defense would have no objection if the Government sought an additional two days to compete its submission as well.

Thank you for the Court's consideration.

So ordered
Loretta A Preska
4/12/22

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:   AUSA Rebecca Dell
      AUSA Daniel Wolf