UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :  S4 19 Cr. 291 (LAP)

- v. -  :  **TRIAL EXHIBIT STIPULATION**

TEMITOPE OMOTAYO,  :

        Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, Daniel H. Wolf and Rebecca T. Dell, Assistant United States Attorneys, of counsel, and TEMITOPE OMOTAYO, the defendant, by and with the consent of his attorney Matthew J. Kluger, that:

1. Exhibits 520, 520A, 521, 521A, 107 and 107A, were entered into evidence by the Government during the trial of the above-referenced defendant Temitope Omotayo.

2. The parties hereby agree and stipulate that the documents attached hereto are identical to, and accurate representations of, Government Exhibits 520, 520A, 521, 521A, 107, and 107A.

Dated:  Bronx, New York
        February 6, 2023

                                  DAMIAN WILLIAMS
                                  United States Attorney
                                  Southern District of New York

                        By: _____
                                  Daniel H. Wolf
                                  Rebecca T. Dell
                                  Assistant United States Attorneys


                                  TEMITOPE OMOTAYO
                                  Defendant

                        By: _____
                                  Matthew J. Kluger
                                  Counsel for Temitope Omotayo


SO ORDERED

*[signature]*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

2/7/23



# Extraction Report
Apple iPhone

## Participants



2348062175528@s.whatsapp.net
Temmy, Temitope 1313, Temmy (+234 806 217 5528)



19175874511@s.whatsapp.net
Bryan (owner)

## Conversation - Instant Messages (1)

> 2348062175528@s.whatsapp.net Temmy, Temitope 1313, Temmy (+234 806 217 5528)
>
> MKRInvoice
> **Attachments:**
>
> [PDF]
>
> **Size:** 28909
> **File name:** 6e7bb7af-f898-4169-a9ce-62d1028f352c.pdf
> **Path:** https://mmg-fna.whatsapp.net/d/f/Ar43NpydU8HbaWfsgU1ZhXN-qePxzEsFKWhy9iEll7ER.enc
> 6e7bb7af-f898-4169-a9ce-62d1028f352c.pdf
>
> **Status:** Read
> **Platform:** Mobile
>
> 8/21/2018 1:08:52 PM(UTC-4)

Source Extraction:
Legacy, Advanced Logical, Logical (1)



GOVERNMENT
EXHIBIT



# INVOICE
# 15768

**MKR Clinical Research Consultants**
1845 Patterson Ave
Bronx, NY 10473
mrubine@mkrclincalconsultants.com

Bill To:
**Yulia Roytman**
JSS Medical Research
9400 Henri Bourassa W
Montreal, QC H4S 1N8
Canada

Date: Aug 1, 2018
Payment Terms: 15 days
Due Date: Aug 16, 2018

**Balance Due:** $24,364.31

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Billable Hours:JSS - Site Management** <br> Study: Pt-104 <br> Hours: Malcolm, Judith June2018 | 26.5 | $125.00 | $3,312.50 |
| **Monitoring:JSS - Monitoring** <br> Study: Pt-104 <br> Hours: Malcolm, Judith June2018 | 37.9 | $125.00 | $4,737.50 |
| **Billable Hours:JSS - Travel Hours** <br> Study: Pt-104 <br> Hours: Malcolm, Judith June2018 | 42 | $125.00 | $5,250.00 |
| **Expenses:JSS - PTC Expenses** <br> Study: Pt-104 <br> PTC: Malcolm, Judith June, July2018 | 1 | $11,064.31 | $11,064.31 |

Subtotal: $24,364.31
Total: $24,364.31

Wire Details:
Bank name: HSBC BANK
Account # 985000406
Routing # 021001088
Bank address: 1499 West ave bx,ny 10462
Swift (For international wire):MRMDUS33

**GOVERNMENT EXHIBIT**
**520A**
19 Cr. 291 (LAP)



# Extraction Report
Apple iPhone

## Participants



2348062175528@s.whatsapp.net
Temmy, Temitope 1313, Temmy (+234 806 217 5528)



19175874511@s.whatsapp.net
Bryan (owner)

## Conversation - Instant Messages (1)

2348062175528@s.whatsapp.net Temmy, Temitope 1313, Temmy (+234 806 217 5528)

1MKRHairJudgement_Invoice
**Attachments:**

[PDF]

Size: 29139
File name: 7ac2cf12-30b0-4a0c-8fba-0e21bae2b7bb.pdf
Path: https://mmg-fna.whatsapp.net/d/f/AgLahRjSkfTS1MhLirB9Ku-TpFTaq7J8OaDEZsTWetJ2.enc
7ac2cf12-30b0-4a0c-8fba-0e21bae2b7bb.pdf

Status: Read
Platform: Mobile

8/21/2018 4:02:18 PM(UTC-4)

Source Extraction:
Legacy, Advanced Logical, Logical (1)



GOVERNMENT
EXHIBIT



**MKR Clinical Research Consultants, Inc.**

# INVOICE
# 15768

**MKR Clinical Research Consultants/Hair judgement**
1845 Patterson Ave
Bronx, NY 10473
mrubine@mkrclincalconsultants.com

Bill To:
**Yulia Roytman**
JSS Medical Research
9400 Henri Bourassa W
Montreal, QC H4S 1N8
Canada

Date: Aug 1, 2018
Payment Terms: 15 days
Due Date: Aug 16, 2018

**Balance Due:** **$24,364.31**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Billable Hours:JSS - Site Management**<br>Study: Pt-104<br>Hours: Malcolm, Judith June2018 | 26.5 | $125.00 | $3,312.50 |
| **Monitoring:JSS - Monitoring**<br>Study: Pt-104<br>Hours: Malcolm, Judith June2018 | 37.9 | $125.00 | $4,737.50 |
| **Billable Hours:JSS - Travel Hours**<br>Study: Pt-104<br>Hours: Malcolm, Judith June2018 | 42 | $125.00 | $5,250.00 |
| **Expenses:JSS - PTC Expenses**<br>Study: Pt-104<br>PTC: Malcolm, Judith June, July2018 | 1 | $11,064.31 | $11,064.31 |

Subtotal: $24,364.31
Total: $24,364.31

Wire Details:
Bank name: HSBC BANK
Account #: 985000406
Routing #: 021001088
Bank Address: 1499 West ave Bronx, NY 10462
Swift (For international wire): MRMDUS33

**GOVERNMENT EXHIBIT 521A**
19 Cr. 291 (LAP)



# Extraction Report
Apple iPhone (Physical)

## Participants



2348062175528@s.whatsapp.net
Temitope 1313, Temmy (+234 806 217 5528)



13476340348@s.whatsapp.net
Oluye (owner)

## Conversation - Instant Messages (4)

---

2348062175528@s.whatsapp.net Temitope 1313, Temmy (+234 806 217 5528)

**Payment for consultancy fees**

Status: Read
Platform: Mobile

8/20/2018 8:49:56 PM(UTC+0)

---

2348062175528@s.whatsapp.net Temitope 1313, Temmy (+234 806 217 5528)

**Money is coming from Canada**

Status: Read
Platform: Mobile

8/20/2018 8:49:56 PM(UTC+0)

---

2348062175528@s.whatsapp.net Temitope 1313, Temmy (+234 806 217 5528)

**Attachments:**



Size: 177927
File name: b2d4c885-04d9-43b8-8043-cf853aa9d2c3.jpg
Path: https://mmg-fna.whatsapp.net/d/f/AvGWzIZD0E9amLSSvSmoUUOS1SEm6lwnGda-QJ7G0MP6.enc
b2d4c885-04d9-43b8-8043-cf853aa9d2c3.jpg

Status: Read
Platform: Mobile

8/20/2018 8:49:56 PM(UTC+0)

---

**GOVERNMENT EXHIBIT 107**
19 Cr. 291 (LAP)

2348062175528@s.whatsapp.net Temitope 1313, Temmy (+234 806 217 5528)

Mkr clinical research consultant inc

**Status:** Read
**Platform:** Mobile

8/20/2018 9:30:03 PM(UTC+0)



JSS Medical Research
9400 Henri Bourassa
Montreal, QC H4S
Canada