UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>-against-<br><br>TEMITOPE OMOTAYO,<br><br>                Defendant. | No. 19 CR 291 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Court of Appeals' decision in the above-captioned matter, counsel shall confer and inform the Court, by letter, no later than March 28, 2025 how they propose to proceed.

**SO ORDERED.**

Dated:    March 20, 2025
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1