UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff,

-against-

TEMITOPE OMOTAYO,

              Defendants.

19-CR-291 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's motion to join co-defendant Oluwaseun Adelekan's motion to vacate his conviction and dismiss the Fourth Superseding Indictment, (dkt. no. 798). The Government shall respond by August 25, 2025. To the extent that Defendant wishes to reply, he shall do so no later than September 15, 2025. The Clerk of the Court shall mail a copy of this order to Defendant.

**SO ORDERED.**

Dated:    New York, New York
          August 4, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge